UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARRELL KAYE ASHER,<br><br>    Plaintiff,<br><br>v.<br><br>SKYLINE HEALTH SERVICES, LLC<br>d/b/a DIABETIC CONNECT,<br><br>    Defendant. | 1:17-cv-00771-JPH-DLP |

**STATUS REPORT**

Pursuant to this Honorable Court's Order (Dkt. 23), DARRELL KAYE ASHER, through counsel Sulaiman Law Group, Ltd., submit this Status Report.

On April 7, 2017 Defendant filed for a voluntary bankruptcy proceeding pursuant to 11 U.S.C §301 of Bankruptcy Code in the Bankruptcy Court for the Southern District of Texas under case number 17-32186.  Defendant's Bankruptcy Case remains pending.

                                                    Respectfully submitted,

                                                    s/ Nathan C. Volheim
                                                    Nathan C. Volheim, Esq.
                                                    Sulaiman Law Group, Ltd.
                                                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on May 10, 2019, he caused a copy of the foregoing, **STATUS REPORT**, to be filed via ECF with notice going electronically to all parties of interest.

s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
