# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DARRELL KAYE ASHER, | |
| Plaintiff, | Case No. 1:17-cv-00771-JPH-DLP |
| v. | Honorable Doris L. Pryor |
| SKYLINE HEALTH SERVICES, LLC d/b/a DIABETIC CONNECT, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES, DARRELL KAYE ASHER ("Plaintiff"), by and through his undersigned counsel, and in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, SKYLINE HEALTH SERVICES, LLC d/b/a DIABETIC CONNECT, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: July 21, 2021

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 21, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim